**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03391-BNB

STEVEN BASSETT,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
UNKNOWN CTU DRIVER, and
SERGEANT LOMBARDO,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On February 3, 2014, Plaintiff filed a Request for Documents, ECF No. 9 and a Motion to Appoint Counsel, ECF No. 8.  The request for appointment of counsel is denied as premature. The issues are not so complex that Plaintiff is unable to cure the deficiencies and state how each properly named defendant personally participated in violating his constitutional rights.  The request for documents also is denied as premature.  The information Plaintiff requests is not necessary to provide sufficient information about named defendants for the purpose of service.  Plaintiff is reminded that he is required to amend the Complaint within the time designated in the January 17, 2014 Order.

Dated:  February 4, 2014