IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03391-BNB

STEVEN BASSETT,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
UNKNOWN CTU DRIVER, and
SERGEANT LOMBARDO,

    Defendants.

## ORDER

This matter is before the Court on the "Motion to Amend-Substitute," ECF No. 14 and "Informative Information," ECF No. 15, that Plaintiff filed with the Court on February 18, 2014. Previously, on January 17, 2014, the Court directed Plaintiff to file an Amended Complaint that provided sufficient information regarding the defendant named only as "Unknown Driver" so that he or she could be identified for the purpose of service. Plaintiff also was directed to state how each named defendant caused a deprivation of his federal rights and to use a Court-approved Prisoner Complaint form to file the Amended Complaint.

Rather than comply with the Court's January 17 Order, Plaintiff has filed several pleadings, including two requests for appointment of counsel and a request for documents from the Colorado Department of Corrections that pertain to the accident at issue in this case. None of these documents comply with the January 17 Order. Most recently, Plaintiff filed a Motion to Amend and a pleading titled "Informative Information."

Although Plaintiff provided the information requested by the Court in these documents, he failed to use a Court-approved form.

Plaintiff has been directed to use a Court-approved Prisoner Complaint form to file his amended pleading. Plaintiff must submit all of the claims he seeks to assert on a Court-Approved Prisoner Complaint form. Plaintiff also must complete all sections of the Prisoner Complaint form when submitting the form as an Amended Complaint. Accordingly, it is

ORDERED that Plaintiff's Motion to Amend, ECF No. 14, is denied as unnecessary. It is

FURTHER ORDERED that Plaintiff shall obtain a Court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov to be used in filing his Amended Complaint. It is

FURTHER ORDERED that if Plaintiff fails to file an Amended Prisoner Complaint within twenty-one days of the date of this Order, that complies with this Order and the January 17, 2014 Order, the Court will proceed to review the merits of only the claims that are asserted against properly named defendants in the Complaint filed on January 13, 2014.

DATED February 21, 2014, at Denver, Colorado.

                                                   BY THE COURT:

                                                   s/ Boyd N. Boland
                                                 United States Magistrate Judge