IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03391-MJW

STEVEN W. BASSETT,

Plaintiff,

v.

CDOC EMPLOYEE, Who Wrecked CTU Bus on December 17, 2012,
SERGEANT LOMBARDO of CTU, and
CDOC SPOKESMAN, Liaison on Scene of CTU Bus Wreck, December 17, 2012,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion to Amend Complaint/Substitute Parties (Docket No. 44) is GRANTED. The Amended Prisoner Complaint (Docket No. 44-1) is accepted to filing as of the date of this order. Generally, defendants' Motion to Dismiss (Docket No. 46) would be denied as moot as it is now directed to an inoperative, superceded pleading. See Gilles v. United States, 906 F.2d 1386, 1389 (10th Cir. 1990). However, the court finds that plaintiff's Amended Prisoner Complaint (Docket No. 44-1) is similar enough to the previously operative complaint that denying defendants' Motion to Dismiss as moot is unnecessary. Under these circumstances, the court will give plaintiff additional time to respond to the motion.

It is FURTHER ORDERED that plaintiff shall have up to and including July 24, 2014 to file a response to defendants' Motion to Dismiss (Docket No. 46).

Date: July 3, 2014