**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03391-MJW

STEVEN WAYNE BASSETT,

    Plaintiff,

v.

MICHAEL KLINKLER,
JASON LOMBARD, and
CDOC EMPLOYEE WHO SPOKE TO PARAMEDICS,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendants Lombard and Klinkler's Motion to Dismiss of Magistrate Judge Michael J. Watanabe entered on October 27, 2014 it is

    ORDERED that Bassett's federal law claims are DISMISSED under Rule 12(b)(6) and his state-law claims are DISMISSED under Rule 12(b)(1). Accordingly, it is

    FURTHER ORDERED that Plaintiff STEVEN WAYNE BASSETT recovers nothing, the action is dismissed on the merits, and judgment is entered in favor of Defendants MICHAEL KLINKLER, JASON LOMBARD, and CDOC EMPLOYEE WHO SPOKE TO PARAMEDICS and against the plaintiff. This case is closed.

    Dated at Denver, Colorado this 27th day of October, 2014.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                              By: s/   E. Miller
                                          E. Miller, Deputy Clerk